Same case below, 369 Fed. Appx. 794.

Same case below, 996 A.2d 849.

**No. 10-6358. Sala-Thiel Thompson, Petitioner v. Wayne Choinski, Warden, et al.**

562 U.S. 974, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7919.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 374 Fed. Appx. 222.

**No. 10-6361. Edy Rene Castellon, aka Edward Chapinva, Petitioner v. United States.**

562 U.S. 974, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7876.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 326.

**No. 10-6362. Richard S. Connors, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7863.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 607 F.3d 504.

**No. 10-6363. Herbert Robinson, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7908.

October 12, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 10-6364. Omar Villarreal, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7918.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 383 Fed. Appx. 580.

**No. 10-6365. Juvenal Vega-Soto, Frank Reyes, and Martin Reyes, Petitioners v. United States.**

562 U.S. 975, 131 S. Ct. 493, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7899.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 685.

**No. 10-6366. Guillermo Jaime Villegas, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7905.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 445.

**No. 10-6367. Jorge O. Zavala-Rosales, Petitioner v. United States.**

562 U.S. 975, 131 S. Ct. 494, 178 L. Ed. 2d 312, 2010 U.S. LEXIS 7925.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 381 Fed. Appx. 316.